IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **06 - CV - 02097-BNB**

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

CARLOS JUAN SILVA GALINDO,

    Plaintiff,

v.

WARDEN H.A. RIOS, and
FEDERAL BUREAU OF PRISONS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 20 2006

GREGORY C. LANGHAM
CLERK

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915, and a Prisoner's Civil Rights Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit

(3)　X　　is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (<u>Account statement submitted does not cover the entire 6-month period</u>.)
(4)　___　is missing required financial information
(5)　___　is missing an original signature by the prisoner
(6)　X　　is not on proper form (must use the court's current form)
(7)　___　names in caption do not match names in caption of complaint, petition or habeas application
(8)　___　An original and a copy have not been received by the court. Only an original has been received.
(9)　___　other _____

**Complaint, Petition or Application:**
(10)　___　is not submitted
(11)　X　　is not on proper form (must use the court's current form)
(12)　___　is missing an original signature by the prisoner
(13)　___　is missing page nos. ___
(14)　___　uses et al. instead of listing all parties in caption
(15)　___　An original and a copy have not been received by the court. Only an original has been received.
(16)　___　Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)　___　names in caption do not match names in text
(18)　___　other _____

Accordingly, it is

　　　ORDERED that the clerk of the court commence a civil action in this matter. It is

　　　FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

　　　FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following forms: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915; Prisoner Complaint. It is

　　　FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order,** the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _19th_ day of _October_, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06 - CV - 02097-BNB

Carlos Juan Silva Galindo
Reg. No. 09930-069
USP - Florence
PO Box 7000
Florence, CO 81226

  I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint** to the above-named individuals on 10/20/06

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk